November 1, 1965

### Commonwealth ex rel. Dantzler, Appellant, *v.* Maroney.

Submitted September 13, 1965. *Harry J. Dantzler,* appellant, in propria persona; *Philip M. Capone* and *Joseph M. Smith,*

Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.